UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

ELEXIA OCEAN KANE,

  Plaintiff,

v.

ANDREW M. SAUL,
*Commissioner of Social Security,*

  Defendant.

**JUDGMENT**

No. 5:20-CV-00078-RN

**Decision by Court.**

**This action came before the U.S. Magistrate Judge Robert T. Numbers, II for consideration on plaintiff's motion for judgment on the pleadings and defendant's motion for judgment on the pleadings.**

**IT IS ORDERED that the court grants plaintiff's Motion for Judgment on the Pleadings (D.E. 36), denies defendant's Motion for Judgment on the Pleadings (D.E. 39), and remands the matter to the Commissioner for further consideration. The Clerk will close this case.**

This Judgment Filed and Entered on June 10, 2021 with service on:
Crystal G. Rouse (via CM/ECF Notice of Electronic Filing)
Issac Nelson (via CM/ECF Notice of Electronic Filing)
Lisa M. Rayo (via CM/ECF Notice of Electronic Filing)

            PETER A. MOORE, JR., CLERK

            /s/ Carson N. Brewer
            (By): Carson N. Brewer, Deputy Clerk